UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JOANNA STEPHENSON,

    Plaintiff,

v.                                                     CASE NO: 8:04-cv-2348-T-23TGW

LIBERTY LIFE ASSURANCE COMPANY
OF BOSTON,

    Defendant.
_____/

## **ORDER**

    The plaintiff files a notice of settlement (Doc. 14). Accordingly, pursuant to Local Rule 3.08(b), this action is **DISMISSED WITHOUT PREJUDICE** to the right of any party, within sixty (60) days from the date of this order, to (1) submit a stipulated form of final order or judgment or (2) reopen the action upon a showing of good cause. The clerk is directed to (1) terminate any pending motion and (2) close the file.

    ORDERED in Tampa, Florida, on June 29, 2005.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE